United States District Court
Southern District of Texas
FILED

DEC 2 6 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| DAVID RAMOS and EMMA RAMOS, et al., § § § § Plaintiffs, § v. § § HONEYWELL INTERNATIONAL INC., § § Defendant. § § | CIVIL ACTION NO. B-01-212 |

## DEFENDANT HONEYWELL INTERNATIONAL INC.'S MOTION TO LIMIT DOCUMENTS FILED WITH NOTICE OF REMOVAL

Defendant Honeywell International Inc. ("Honeywell"), formerly known as AlliedSignal Inc., as successor in interest to the Bendix Corporation, seeks an order from this Court limiting the documents required to be filed with the Court, as follows:

1. This case is one of approximately 375 cases pending in the state of Texas in which Honeywell is removing certain claims or causes of action against it pursuant to 28 U.S.C. § 1452. The nature of the claims being removed and the bases for the removal are fully set forth in the Notice of Removal. As stated in the Notice of Removal, Honeywell is in the process of contemporaneously filing a motion with the United States District Court of the District of Delaware to transfer to that court the claims being removed in this case, along with those in the numerous other cases being removed. The bankruptcy proceeding that is related to these claims is pending in that court and claims against Ford Motor Co., DaimlerChrysler Corp., and General Motors Corp ("Auto Makers") already removed have been provisionally transferred to that court.

2. In light of the number of cases being removed and the motion to transfer to the United States District Court for the District of Delaware, Honeywell desires to limit the number

of documents being filed with the Notice of Removal in each case. Specifically, Honeywell does not wish to burden the Court with an unnecessary volume of documents that are unrelated to the claims being removed. Furthermore, in light of the number of cases being removed, Honeywell is seeking to remove the cases as expeditiously and efficiently as possible.

3. Accordingly, Honeywell requests this Court's permission to file only the following documents, which it has filed with its Notice of Removal:

    A. The state court's Docket Sheet;

    B. The most recent Petition filed by Plaintiffs;

    C. Any Answers to Plaintiffs' Petition filed by Honeywell;

    D. Any executed process directed to Honeywell;

    E. Any orders entered by the state court; and

    F. A list of counsel of record and the parties represented.

4. The United States District Court for the Eastern District of Texas recently granted a similar order in connection with the removals filed by the Auto Makers. A copy of such an order is attached to this Motion. United States District Courts in Texas have also granted similar orders in connection with removals filed by Dow Corning Corporation and The Dow Chemical Company cases related to the Dow Corning Bankruptcy.

5. Honeywell will supplement its Notice of Removal to provide additional documents if directed to do so by the Court.

6. A proposed order granting relief sought in this motion is attached hereto.

WHEREFORE, Honeywell requests this Court to enter the attached Order Limiting the Documents Filed with its Notice of Removal.

**Motion to Limit Documents Filed With Notice of Removal**      Page 2
002265 000189 Dallas 1374468 1

By: *Dawn M. Wright* (signature)
Dawn M. Wright
"Attorney in Charge"
State Bar No. 12742030
Southern Dist. Bar No. 11545

THOMPSON & KNIGHT L.L.P.

1700 Pacific Avenue, Suite 3300
Dallas, Texas 75201
Ph.: (214) 969-1700
Fax: (214) 969-1751

ATTORNEYS FOR DEFENDANT
HONEYWELL INTERNATIONAL INC.

## CERTIFICATE OF SERVICE

I, Dawn M. Wright, of full age, hereby certify that on the ____ day of December 2001, I caused a true and correct copy of Defendant Honeywell International Inc.'s Motion to Limit Documents Filed with Notice of Removal to be served on counsel for Plaintiff(s) via Express Mail and/or consistent with Federal Rule of Civil Procedure 5(b).

*Dawn M. Wright* (signature)
Dawn M. Wright

## CERTIFICATE OF CONFERENCE

A conference with opposing counsel has not been obtained because (a) the need to file this motion contemporaneous with the removal created time limitations that prevented movant from reaching and conferring with opposing counsel, (b) movant sought to avoid any potential prejudicial effects of notifying the opposing parties of Defendant's removal before it was filed and/or (c) Defendant is informed or believes the opposing parties have not agreed to analogous motions filed by the prior removing parties.

_Dawn M. Wright_
Dawn M. Wright

13:29 DEC 14, 2001                                                                          #132765  PAGE: 2/4

EOD __DEC 1 3 2001__

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

FILED-CLERK
U.S. DISTRICT COURT
01 DEC 13 PM 12:58
TX EASTERN-BEAUMONT

| | | |
|---|---|---|
| BARBARA J. TARPLEY, Individually | § | Hon. |
| and as Representative of the Estate of | § | Case No.: BY _Marilyn Kerry_ |
| DOLVIN, K. TARPLEY, deceased | § | |
| | § | 1:01cv871 |
| Plaintiffs, | § | |
| | § | State Court Case No. D010300-C |
| VS. | § | |
| | § | Jury |
| A.P. GREEN INDUSTRIES, INC. (f/k/a A.P. | § | |
| GREEN REFRACTORIES COMPANY), | § | |
| ACandS, INC. (and its predecessory, | § | |
| ARMSTRONG CONTRACTING AND | § | **ORDER LIMITING DOCUMENTS** |
| SUPPLY CORPORATION), ALLIED-SIGNAL, | § | **REQUIRED TO BE FILED WITH** |
| INC. (f/k/a THE BENDIX CORPORATION), | § | **REMOVAL** |
| ANCHOR PACKING COMPANY, | § | |
| BORG-WARNER CORPORATION and | § | |
| BORG-WARNER AUTOMATIVE, INC., CBS | § | |
| CORPORATION (f/k/a WESTINGHOUSE | § | |
| ELECTRIC COMPANY), CERTAINTEED | § | |
| CORPORATION, CHRYSLER CORPORATION | § | |
| (previously answered on behalf of itself | § | |
| and its subsidiary, MOPAR MOTOR PARTS | § | |
| CORPORATION, and as successor-in-interest for | § | |
| AMERICAN MOTORS CORPORATION and | § | |
| JEEP EAGLE CORPORATION), | § | |
| COMBUSTION ENGINEERING, INC., | § | |
| CROWN CORK & SEAL COMPANY, INC., | § | |
| (and its predecessor MUNDET CORK CORP.) | § | |
| FEDERAL MOGUL CORPORATION | § | |
| (Individually and as Successor-in-Interest to | § | |
| T&N, plc, T&N, Ltd., and/or T&N, Inc.), | § | |
| FEDERAL MOGUL GLOBAL GROWTH, LTD., | § | |
| FORD MOTOR COMPANY, GARLOCK, | § | |
| CORPORATION, GASKET HOLDINGS, | § | |
| INC. (f/k/a FLEXITALLIC, INC.), GENERAL | § | |
| MOTORS CORPORATION (and its division | § | |
| DELCO MORAINE n/k/a DELPHI CHASSIS), | § | |
| GENERAL REFRACTORIES COMPANY, | § | |
| GEORGIA PACIFIC CORP., GREFCO, INC. | § | |

DAL:412662.1
37354.1

| | |
|---|---|
| GUARD-LINE, INC. (f/k/a 20TH CENTURY GLOVE CORP. OF TEXAS), METROPOLITAN LIFE INSURANCE COMPANY, MOOG AUTOMATIVE, INC. (successor to WAGNER ELECTRIC CORPORATION and its parent corporation, COOPER INDUSTRIES), ORIENTAL GASKET & PACKING COMPANY, INC., RAPID-AMERICAN CORP.( In its own right and as successor in interest to PHILIP CAREY CORPORATION), RHONE-POULENC AG COMPANY (as successor to AMCHEM, INC., BENJAMIN FOSTER DIVISION), THORPE INSULATION COMPANY and J.T. THORPE COMPANY (including its unincorporated division, THORPE PRODUCTS COMPANY), T&N, plc (successor in interest to the KEASBEY & MATTISON COMPANY), T&N LTD (f/k/a T&N, plc, TURNER AND NEWALL, LTD., TURNER & NEWALL, PLC AND TAF INTERNATIONAL, LTD, f/k/a TURNER ASBESTOS FIBRES, LTD, f/k/a RAW ASBESTOS DISTRIBUTORS and its brake clutch lining subsidiary, FERODO, LTD.), UNIROYAL FIBER & TEXTILE DIVISION OF UNIROYAL, INC., UNITED STATES GYPSUM COMPANY, | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § |
| Defendants. | § § |

## ORDER LIMITING DOCUMENTS REQUIRED TO BE FILED WITH REMOVAL

Before the Court is the Motion of the Removing Defendants, Ford Motor Co., DaimlerChrysler Corp., and General Motors Corp. (hereinafter, the "**Removing Defendants**") to limit the documents required to be filed with the Removing Defendants' Notice of Removal. The Court is of the opinion that the motion is well taken and should be granted  Accordingly, the Court hereby orders that the Removing Defendants shall be required to file only the following documents:

    A.    The state court's Docket Sheet;

  B. The most recent Petition filed by Plaintiffs;

  C. Any answers to Plaintiffs' Petition filed by the Removing Defendants, Ford Motor Co., DaimlerChrysler Corp. and General Motors Corp.;

  D. Any executed process directed to Ford Motor Co., DaimlerChrysler Corp. and General Motors Corp.;

  E. Any orders entered by the state court; and

  F. A list of counsel of record.

SIGNED on this the _13th_ day of _December_, 2001.

             _____
             JUDGE PRESIDING