3

United States District Court
Southern District of Texas
FILED

DEC 2 6 2001

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DAVID RAMOS and EMMA RAMOS, et al., | § § | B-01-212 |
| Plaintiffs, | § | |
| vs. | § § | Civil Action No.: _____ |
| | § | |
| HONEYWELL INTERNATIONAL INC., | § § | |
| Defendant. | § | |

## STATEMENT OF RELATED LITIGATION PURSUANT TO LOCAL RULE 5.3

Defendant Honeywell International Inc. ("Honeywell"), formerly known as AlliedSignal Inc., as successor in interest to the Bendix Corporation, makes the following statement of related litigation pursuant to Local Rule 5.3 as follows:

1. This case should be transferred to the United States Bankruptcy Court for the District of Delaware, *In Re: Federal-Mogul Global, Inc., et al.*, Debtors, Case No. 01-10578, et al., pursuant to that Court's December 19, 2001 provisional transfer order, granting Honeywell's motion to transfer under 28 U.S.C. § 157(b)(5) and as stated more fully in these removal papers.

2. Additionally, contemporaneously with this filing, Honeywell is in the process of removing approximately 375 other related cases to U.S. District Court in this and other districts and divisions. Cause numbers of those cases are not available because those cases are now in the process of being filed and these cause numbers can be supplemented when they are received.

**Statement of Related Litigation Pursuant to Local Rule 5.3**
002265 000217 Dallas 1377499 1

Page 1

Dated: December 21, 2001
       Dallas, Texas

           By: *[signature]*
           Dawn M. Wright
           "Attorney in Charge"
           State Bar No. 12742030
           Southern District Bar No. 11545

           THOMPSON & KNIGHT L.L.P.

           1700 Pacific Avenue, Suite 3300
           Dallas, Texas 75201
           Ph.: (214) 969-1700
           Fax: (214) 969-1751

           ATTORNEYS FOR DEFENDANT
           HONEYWELL INTERNATIONAL INC.

## CERTIFICATE OF SERVICE

I, Dawn M. Wright, of full age, hereby certify that on the 21st day of December 2001, I caused a true and correct copy of Statement of Related Litigation Pursuant to Local Rule 5.3 to be served on counsel for Plaintiff(s) via Express Mail and/or consistent with Federal Rule of Civil Procedure 5(b).

           *[signature]*
           Dawn M. Wright

## SERVICE LIST

Counsel for Plaintiff(s):	Damon Chargois
Foster & Sear, L.L.P.
1201 N. Watson, Suite 145
Arlington, Texas 76006

Counsel for Defendant Honeywell International Inc.:	Joseph S. Pevsner
Thompson & Knight, L.L.P.
1700 Pacific Avenue, Suite 3300
Dallas, Texas 75201