5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 0 7 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DAVID RAMOS and EMMA RAMOS, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § | CIVIL ACTION NO. B-01-212 |
| | § | |
| HONEYWELL INTERNATIONAL INC., | § § | |
| Defendant. | § | |

## ORDER LIMITING DOCUMENTS REQUIRED TO BE FILED WITH REMOVAL

Before this Court is the motion of Defendant Honeywell International Inc. ("Honeywell"), formerly known as AlliedSignal Inc., as successor in interest to the Bendix Corporation, to Limit the Documents Filed With Notice of Removal. The Court is of the opinion that the motion is well taken and should be GRANTED. Accordingly, the Court hereby ORDERS that Defendant Honeywell International Inc., shall be required to file only the following documents:

A. The state court's docket sheet;

B. The most recent Petition filed by the Plaintiffs;

C. Any Answers to Plaintiffs' Petition filed by Honeywell;

D. Any executed process directed to Honeywell;

E. Any orders entered by the state court; and

F. A list of counsel of record.

SIGNED on this the 7th day of JANUARY, 2002.

_____
JUDGE PRESIDING
JOHN WM. BLACK
U.S. MAGISTRATE JUDGE

ORDER LIMITING DOCUMENTS REQUIRED TO BE FILED WITH REMOVAL