United States District Court
Southern District of Texas
FILED

JAN 15 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DAVID RAMOS and EMMA RAMOS | § | |
| | § | |
| Plaintiff, | § | |
| vs. | § | |
| | § | Civil Action No.: B-01-212 |
| HONEYWELL INTERNATIONAL INC., | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT HONEYWELL INTERNATIONAL INC.'S CERTIFICATE OF INTERESTED PERSONS

The undersigned, counsel of record for Defendant Honeywell International Inc., formerly known as AlliedSignal Inc., ("Honeywell") as successor in interest to the Bendix Corporation, certifies that the following persons or entities may have a potential interest in the outcome of this case:

1. Honeywell.

2. The following companies have issued insurance policies that may provide insurance coverage for claims involved in this case: Commercial Insurance of Newark, Continental Insurance Company, Fidelity & Casualty Company of New York, and other insurance companies not currently known to counsel that may have potential liability coverage as primary, umbrella or excess carriers or otherwise.

DEFENDANT HONEYWELL INTERNATIONAL INC.'S
CERTIFICATE OF INTERESTED PERSONS
002265 000189 Dallas 1384644 1

Page 1

By: _____

Dawn M. Wright
"Attorney in Charge"
State Bar No. 12742030
Southern District Bar No. 11545


THOMPSON & KNIGHT L.L.P.

1700 Pacific Avenue, Suite 3300
Dallas, Texas 75201
Ph.: (214) 969-1700
Fax: (214) 969-1751

ATTORNEYS FOR DEFENDANT
HONEYWELL INTERNATIONAL INC.


## CERTIFICATE OF SERVICE

I hereby certify that on 14th day of January 2002, a true and correct copy of the foregoing

document was served on counsel for Plaintiffs via Express Mail and/or consistent with Federal

Rule of Civil Procedure 5(b).


_____
Dawn M. Wright