IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 6 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DAVID RAMOS and EMMA RAMOS | § | |
| | § | |
| Plaintiff, | § | |
| vs. | § | |
| | § | Civil Action No.: B-01-212 |
| HONEYWELL INTERNATIONAL INC., | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF PROVISIONAL TRANSFER ORDER
## TRANSFERRING CASE TO THE UNITED STATES
## DISTRICT COURT FOR THE DISTRICT OF DELAWARE

TO THE UNITED STATES DISTRICT COURT JUDGE:

Honeywell International Inc. ("Honeywell") formerly known as AlliedSignal Inc., as

successor in interest to the Bendix Corporation, by and through its undersigned counsel,

respectfully files this Notice of Order Provisionally Transferring this case to the United States

District Court, District of Delaware and would show the Court as follows:

1.      On December 19, 2001 the United States District Court for the District of

Delaware issued an Order in favor of Honeywell that:  (1) partially withdrew the reference; and

(2) provisionally transferred the Friction Product claims to the United States District Court for

the District of Delaware, (the "Provisional Order"), subject to further Orders of that Court.  A

true and accurate copy of the Provisional Order is attached hereto as Exhibit A.

2.      On January 4, 2002 the United States Bankruptcy Court for the District of

Delaware issued an Order (the "Clarification Order"), that clarified the Provisional Order by

**NOTICE OF PROVISIONAL TRANSFER ORDER
TRANSFERRING CASE TO THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF DELAWARE**
002265 000189 Dallas 1384959.1

Page 1

extending the provisional transfer of Friction Product claims to include claims that would have been subject to the Provisional Order but had not yet been removed on the date of the Provisional Order. A true and accurate copy of the Clarification Order is attached hereto as Exhibit B. Both orders were transmitted by Judge Wolin electronically, resulting in the indication as shown that the originals were signed.

3.     Accordingly, Honeywell respectfully submits that the Provisional Transfer Order, by its terms, vests jurisdiction in the United States District Court for the District of Delaware with respect to the issues of subject matter jurisdiction, abstention and remand regarding the Friction Product claims asserted against Honeywell, subject to further Order of that Court.

WHEREFORE, Honeywell files this notice of the attached orders and seeks such other and further relief as is just.

By: _Dawn M Wright_

Dawn M. Wright
"Attorney in Charge"
State Bar No. 12742030
Southern District Bar No. 11545


THOMPSON & KNIGHT L.L.P.

1700 Pacific Avenue, Suite 3300
Dallas, Texas 75201
Ph.: (214) 969-1700
Fax: (214) 969-1751

ATTORNEYS FOR DEFENDANT
HONEYWELL INTERNATIONAL INC.


**NOTICE OF PROVISIONAL TRANSFER ORDER**
**TRANSFERRING CASE TO THE UNITED STATES**
**DISTRICT COURT FOR THE DISTRICT OF DELAWARE**
002265 000189 Dallas 1384959 1

## CERTIFICATE OF SERVICE

I hereby certify that on 15th day of January 2002, a true and correct copy of the foregoing document was served on counsel for Plaintiffs via Express Mail and/or consistent with Federal Rule of Civil Procedure 5(b).

Dawn M. Wright

**NOTICE OF PROVISIONAL TRANSFER ORDER
TRANSFERRING CASE TO THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF DELAWARE**
002265 000189 Dallas 1384959.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: FEDERAL-MOGUL    :    Chapter 11
GLOBAL, INC., T&N       :    Case Nos. 01-10578, et al.[1]
LIMITED, et al.,        :
                        :
            Debtors.    :
------------------------

### ORDER: (1) PARTIALLY WITHDRAWING THE REFERENCE, and
### (2) PROVISIONALLY TRANSFERRING CERTAIN FRICTION
### PRODUCT CLAIMS

This matter having been opened upon the motion to transfer
(the "Transfer Motion") to this Court by Honeywell International,
Inc. ("Honeywell") certain claims against it arising out of so-
called "friction products" as to which the movant contends it has
a right of indemnification against the debtors in these
administratively consolidated Chapter 11 proceedings (the
"Friction Product Claims"); and it appearing that movant has
removed these cases from the several state courts to the United
States District Courts for the Districts in which these cases
were pending; and the movant having also moved for a provisional
order of transfer to preserve the <u>status quo</u> pending a plenary
hearing and determination by the Court of the Transfer Motion;
and the Court having addressed a substantially similar
application by unrelated Friction Products defendants General
Motors Corporation, Ford Motor Company and Daimler Chrysler
Corporation (the "Big Three") and issued Orders on December 10,

---

[1]See attached list.



EXHIBIT
A

2001 and December 18, 2001 withdrawing the reference,
provisionally transferring the Friction Products Claims to this
Court and scheduling a plenary hearing on the Big Three's
transfer motions (the "Big Three Transfer Provisional Orders");
and the Court having reviewed the papers in support of
Honeywell's Transfer Motion; and for reasons further expressed in
the Big Three Provisional Transfer Orders; and good cause
appearing

It is this 19th day of December, 2001

ORDERED, pursuant to 28 U.S.C. § 157 and the Order of this
Court issued December 10, 2001, the reference of this case to the
Bankruptcy Court, Judge Randall K. Newsome presiding, is hereby
withdrawn with respect to Honeywell's Transfer Motion and
provisional transfer motion, and with respect to matters
involving subject matter jurisdiction, abstention and remand
regarding the Friction Product Claims, and it is further

ORDERED that the application for a provisional transfer
Order is granted and the Friction Product Claims are hereby
provisionally transferred to this Court subject to further Order
of the Court, and it is further

ORDERED that with respect to notice that:

1. A. Dennis Terrell, Esq., of Florham Park, New Jersey
counsel to Honeywell, shall serve on counsel for all claimants
affected by the Provisional Transfer Order and on plaintiffs pro

2

<u>se</u> (the "Transferred Plaintiffs") a copy of this Order, a form of stipulation of waiver of further service in connection with the Transfer Motion, directions on how papers filed relevant to the Transfer Motion may be retrieved from the electronic filing web site maintained by the Clerk of the Delaware Bankruptcy Court and a statement that a paper copy of Honeywell's moving papers is available upon request to Mr. Terrell's office, and that

2.   Service by Mr. Terrell pursuant to this Order shall be accomplished as soon as practicable by first class mail, and it is further

ORDERED that with respect to briefing the Transfer Motion that:

1.   All responses to the Transfer Motion filed or otherwise received by the Court to date are deemed withdrawn, and that

2.   Honeywell's papers in support of the Transfer Motion are hereby accepted as filed, and that

3.   The Transferred Plaintiffs shall be limited to one (1) brief of forty (40) pages, and that

4.   Counsel for the Transferred Plaintiffs shall confer to determine a method by which responsibility for preparing the brief shall be allocated, which method shall be as fair as practicable and best calculated to cause each issue of importance to the Transferred Plaintiffs to be presented to the Court while minimizing redundancy to briefs filed by plaintiffs provisionally

3

transferred to this Court by Big Three Transfer Orders, and that

5. The Transferred Plaintiffs may join in and rely on any argument stated in any brief filed by any party pursuant to the Big Three Transfer Orders; and that

6. Briefs and other papers on behalf of the Transferred Plaintiffs shall be served and filed with the Court on or before January 2, 2002, and that

7. The debtor and/or each of the two committees appointed by the United States Trustee in this Chapter 11 proceeding may serve and file papers, including briefs not to exceed forty pages, in support or opposition to the Transfer Motion on or before January 16, 2002, and that

8. Honeywell may serve and file reply papers, including a brief not to exceed twenty (20) pages on or before January 22, 2002, and it is further

ORDERED that each of the Transferred Plaintiffs shall be deemed to oppose the Transfer Motion and to adopt the positions taken in the brief submitted on behalf of the Transferred Plaintiffs unless they notify Mr. Terrell to the contrary on or before January 16, 2002, and it is further

ORDERED that the Clerks of the several United States District Courts from which matters are transferred pursuant to this Order, shall retain physical possession of their files of each transferred matter pending a final determination of the

4

Transfer Motion and further Order of this Court.

s/Alfred M. Wolin
ALFRED M. WOLIN, U.S.D.J.

**IN RE: FEDERAL-MOGUL GLOBAL, INC.**
**Case Numbers**

| | | | |
|---|---|---|---|
| 01-10578 | 01-10643 | 01-10700 | 01-10750 |
| 01-10580 | 01-10644 | 01-10701 | 01-10751 |
| 01-10582 | 01-10646 | 01-10702 | 01-10752 |
| 01-10585 | 01-10647 | 01-10703 | 01-10753 |
| 01-10586 | 01-10649 | 01-10704 | 01-10754 |
| 01-10587 | 01-10650 | 01-10705 | 01-10755 |
| 01-10589 | 01-10651 | 01-10706 | 01-10756 |
| 01-10591 | 01-10652 | 01-10707 | 01-10757 |
| 01-10593 | 01-10653 | 01-10708 | 01-10758 |
| 01-10594 | 01-10654 | 01-10710 | 01-10759 |
| 01-10596 | 01-10655 | 01-10711 | 01-10760 |
| 01-10598 | 01-10656 | 01-10712 | 01-10761 |
| 01-10599 | 01-10657 | 01-10713 | 01-10762 |
| 01-10600 | 01-10658 | 01-10714 | 01-10763 |
| 01-10601 | 01-10659 | 01-10715 | 01-10764 |
| 01-10603 | 01-10660 | 01-10716 | 01-10765 |
| 01-10604 | 01-10661 | 01-10717 | 01-10766 |
| 01-10605 | 01-10662 | 01-10718 | 01-10767 |
| 01-10606 | 01-10664 | 01-10719 | 01-10768 |
| 01-10608 | 01-10665 | 01-10721 | 01-10769 |
| 01-10610 | 01-10666 | 01-10722 | 01-10770 |
| 01-10611 | 01-10668 | 01-10723 | 01-10771 |
| 01-10613 | 01-10669 | 01-01724 | 01-10772 |
| 01-10614 | 01-10672 | 01-10726 | 01-10773 |
| 01-10615 | 01-10673 | 01-10727 | 01-10774 |
| 01-10617 | 01-10675 | 01-10728 | |
| 01-10618 | 01-10682 | 01-10729 | |
| 01-10619 | 01-10683 | 01-10730 | |
| 01-10620 | 01-10684 | 01-10731 | |
| 01-10621 | 01-10685 | 01-10732 | |
| 01-10622 | 01-10686 | 01-10733 | |
| 01-10623 | 01-10687 | 01-10734 | |
| 01-10625 | 01-10688 | 01-10736 | |
| 01-10626 | 01-10689 | 01-10737 | |
| 01-10627 | 01-10690 | 01-10739 | |
| 01-10629 | 01-10691 | 01-10741 | |
| 01-10630 | 01-10692 | 01-10742 | |
| 01-10632 | 01-10693 | 01-10743 | |

6

| 01-10633 | 01-10694 | 01-10744 |
|----------|----------|----------|
| 01-10634 | 01-10695 | 01-10745 |
| 01-10637 | 01-10696 | 01-10746 |
| 01-10638 | 01-10697 | 01-10747 |
| 01-10640 | 01-10698 | 01-10748 |
| 01-10641 | 01-10699 | 01-10749 |

7

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE: FEDERAL-MOGUL          :    Chapter 11
GLOBAL, INC., T&N             :    Case Nos. 01-10578, et al.[1]
LIMITED, et al.,              :
                              :
            Debtors.          :
------------------------

**ORDER OF CLARIFICATION RE:**
**PROVISIONAL TRANSFER OF FRICTION PRODUCTS CLAIMS**

This matter having been opened upon the Court's own motion; and the Court having withdrawn the reference with respect to several motions to transfer and to provisionally transfer (the "Transfer Motions") claims pending in the several United States District Courts against defendant manufacturers of so-called "friction products" (respectively the "Friction Products Claims" and the "Friction Products Defendants") previously removed by the Friction Products Defendants from the several state courts; and for the reasons set forth in the letter opinion of the Court filed herewith; and for good cause shown

It is this     day of January, 2002

ORDERED that this Order governs all Provisional Transfer Orders whether already issued by the Court or that may be issued in the future and those Orders shall not be construed in a manner inconsistent with the terms of this Order, and it is further

ORDERED that the Provisional Transfer Orders are limited in

---

[1]See attached list.



effect to only those claims against the Friction Products Defendant(s) identified in the respective moving papers and Provisional Transfer Orders and that no other claims and no other parties are affected by the Provisional Transfer Orders, and it is further

ORDERED that any Friction Product Claim that would have been subject to a Provisional Transfer Order previously issued by this Court but for the fact that such Friction Product Claim had not yet been removed on the date the Provisional Transfer Order was issued is hereby provisionally transferred to this Court subject to further Order of this Court, and it is further

ORDERED that counsel identified in the Court's previous Provisional Transfer Orders shall provide to claimants provisionally transferred by this Order such notice and waivers of further service as was specified in the relevant previous Orders, and it is further

ORDERED that claimants provisionally transferred by this Order shall not be subject to the briefing schedule with respect to the Transfer Motion, and shall file no papers in opposition to the Transfer Motion except as provided by further Order of this Court.

_/s/_____
ALFRED M. WOLIN, U.S.D.J.

2

**IN RE: FEDERAL-MOGUL GLOBAL, INC.**
**Case Numbers**

| | | | |
|---|---|---|---|
| 01-10578 | 01-10643 | 01-10700 | 01-10750 |
| 01-10580 | 01-10644 | 01-10701 | 01-10751 |
| 01-10582 | 01-10646 | 01-10702 | 01-10752 |
| 01-10585 | 01-10647 | 01-10703 | 01-10753 |
| 01-10586 | 01-10649 | 01-10704 | 01-10754 |
| 01-10587 | 01-10650 | 01-10705 | 01-10755 |
| 01-10589 | 01-10651 | 01-10706 | 01-10756 |
| 01-10591 | 01-10652 | 01-10707 | 01-10757 |
| 01-10593 | 01-10653 | 01-10708 | 01-10758 |
| 01-10594 | 01-10654 | 01-10710 | 01-10759 |
| 01-10596 | 01-10655 | 01-10711 | 01-10760 |
| 01-10598 | 01-10656 | 01-10712 | 01-10761 |
| 01-10599 | 01-10657 | 01-10713 | 01-10762 |
| 01-10600 | 01-10658 | 01-10714 | 01-10763 |
| 01-10601 | 01-10659 | 01-10715 | 01-10764 |
| 01-10603 | 01-10660 | 01-10716 | 01-10765 |
| 01-10604 | 01-10661 | 01-10717 | 01-10766 |
| 01-10605 | 01-10662 | 01-10718 | 01-10767 |
| 01-10606 | 01-10664 | 01-10719 | 01-10768 |
| 01-10608 | 01-10665 | 01-10721 | 01-10769 |
| 01-10610 | 01-10666 | 01-10722 | 01-10770 |
| 01-10611 | 01-10668 | 01-10723 | 01-10771 |
| 01-10613 | 01-10669 | 01-01724 | 01-10772 |
| 01-10614 | 01-10672 | 01-10726 | 01-10773 |
| 01-10615 | 01-10673 | 01-10727 | 01-10774 |
| 01-10617 | 01-10675 | 01-10728 | |
| 01-10618 | 01-10682 | 01-10729 | |
| 01-10619 | 01-10683 | 01-10730 | |
| 01-10620 | 01-10684 | 01-10731 | |
| 01-10621 | 01-10685 | 01-10732 | |
| 01-10622 | 01-10686 | 01-10733 | |
| 01-10623 | 01-10687 | 01-10734 | |
| 01-10625 | 01-10688 | 01-10736 | |
| 01-10626 | 01-10689 | 01-10737 | |
| 01-10627 | 01-10690 | 01-10739 | |
| 01-10629 | 01-10691 | 01-10741 | |
| 01-10630 | 01-10692 | 01-10742 | |
| 01-10632 | 01-10693 | 01-10743 | |
| 01-10633 | 01-10694 | 01-10744 | |
| 01-10634 | 01-10695 | 01-10745 | |

| | | |
|---|---|---|
| 01-10637 | 01-10696 | 01-10746 |
| 01-10638 | 01-10697 | 01-10747 |
| 01-10640 | 01-10698 | 01-10748 |
| 01-10641 | 01-10699 | 01-10749 |